IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KATELYN HANKS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUPITER PARKWAY VILLAGE, LTD., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>FILE No.  4:20-CV-00640 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KATELYN HANKS ("Plaintiff") and Defendant, JUPITER PARKWAY VILLAGE, LTD ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 16th day of December, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/    David R. Gibson
David R. Gibson, Esq.
State Bar No. 07861220
The Gibson Law Group, PC
15400 Knoll Trail Drive, Suite 205
Dallas, TX 75248
Tel: (214) 800-2213
Email:  david.gibson@gibsonlawgroup.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL